1  Jason Kirby (Full Name)
2  curbacyde@yahoo.com (Email Address)
3  1912 La Fremontia (Address Line 1)
4  South Pasadena CA (Address Line 2)
5  91030 (Phone Number)
6  Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
12/09/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: LH  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jason Kirby,
Plaintiff,

vs.

Juan Navarro
Sarah Ellenberg

Defendant(s).

Case No.: **CV14-09161** PSG (AJW)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☑ Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the incidents took place in District of the County of Los Angeles.

Page Number 1

Form prepared by Public Counsel.
© 2010, 2013 Public Counsel.
All rights reserved.
Revised: August 2013

Civil Rights Complaint Pursuant to U.S.C. § 1983

LODGED 2014 NOV 26 PM 1:10 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

## III. PARTIES

3. Plaintiff __Jason Kirby__ resides at:
   *(your full name)*

   _____
   *(your address)*

   *(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant __Juan Navarro__ works at
   *(full name of Defendant)*
   __Los Angeles County Sheriffs Department__.
   *(Defendant's place of work)*

   Defendant's title or position is __Los Angeles County Sheriff__.
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☑ individual capacity          ☑ official capacity

   This Defendant was acting under color of law because: __Excessive Force / cruel and unusual punishment by a Law enforcer.__

5. Defendant __Sarah Ellenberg__ works at
   *(full name of Defendant)*
   __Unknown__.
   *(Defendant's place of work)*

   Defendant's title or position is __Unknown__.
   *(Defendant's title or position at place of work)*

   This Defendant is sued in his/her (check one or both):
   ☑ individual capacity          ☑ official capacity

   This Defendant was acting under color of law because: __She had a duty as An officer of The Court To Protect. She did NOT.__

2
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ works at
Insert ¶ #              (full name of Defendant)

_____.
                    (Defendant's place of work)

Defendant's title or position is _____.
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

___. Defendant _____ works at
Insert ¶ #              (full name of Defendant)

_____.
                    (Defendant's place of work)

Defendant's title or position is _____.
                              (Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. From December 5th, 2010 to December 13th, 2010. I, Jason Richard Kirby, was in Custody at a facility in The L.A. Co Jail called Twin Towers Located at 450 Bauchet st. Los Angeles CA, 90012. Case # GA081738 / Booking # 1382152. I was waiting for my Pre-Trial hearing at the time of occur.

2. I was housed in "C-pod 152" when Los Angeles County Sheriff Deputy Juan Navarro, # 525092 came into the unit and asked me if I had taken an Inhaler belonging to another Inmate. I tried to explain to Mr. Navarro that he was questioning the wrong Inmate.

3. Mr Navarro then took me into the recreation yard and had me face the wall spreading my Legs apart and asking me to put my hands on the wall. Mr Navarro struck me several times on my rib cage and Lower back area Using his right knee cap. Mr Navarro had hit me so hard and so many times that I could not breathe.

4

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

4. I tried to turn around to defend myself but could not do so because Mr. Navarro threatened me by exclaiming "If you turn around, I'll view this as an attack." I felt several hard blows on my lower back as he was pushing me head and upper body against the cement wall. He was using me as a punching bag.

5. I felt a sharp pain on my right wrist, shoulder, upper back, and neck as he was putting me in a wristlock. While in the wristlock he grabbed the back of my hair and yanked my head back (Injury) so that I could hear him. Mr. Navarro exclaimed "You trying to attack me homeboy" Completely in shock and terrified I said "No Sir"!

6. Mr. Navarro asked if I was going to tell him the truth about the inhaler. After recovering my breath I told him many times that he had the wrong inmate but he continued pressing against my wrist and shoulder and asked me several times over and over if I had taken it. I repeatedly told him to stop hitting me but he continued making fun of me

Civil Rights Complaint Pursuant to U.S.C. § 1983

7. I sat down on the recreation yard floor and Mr. Navarro asked me to get up, as Mr. Navarro pretended to help me get up, he again threw knee blows on my lower back. He repeatedly slammed me, while I was restrained, head first into a concrete wall. He then asked me if he had made his point and threatened to bring me back again.

8. I had to tell him "yes" just to get him to let go of arm and hand. I could not stand the pain. He then sat me on the floor and asked me if "I was cool and clear about his expectations. Mr Navarro said "I know how to run my pods if someone gets out of hand."

9. Deputy Navarro made it clear that if I opened my mouth or tell on him about what had happened in the yard, he was going to bring me back to the same place to punish me again. He told me he would find me in the jail if I decided to leave the module. I am very scared and concerned for my safety

6

10. I had seen Deputy Navarro #523092 before taking other inmates into another unit and telling particular inmates that they needed a "Touch up" which meant feel free to beat them up. Many of the inmates jumped these poor individuals and began punching them. Due to thier severe injurys they were transported to medical.

11. I was under psychiatric treatment and constand observation at this time of incident with Mr Navarro. I was taking psych meds such as Risperidol, Zyprexa, Prozac, Zestril, Motrin and other medications for ADHD (Attention deficit Hyperactivity disorder) and depression.

12. Mr Navarro locked me in my cell for three days. When I was placed back in my cell, I noticed severe pain on my neck, shoulder and rib cage due to the constant kicks and blows on my upper body. I had a hard time laying down on my bunk and walking again.

7

Pro Se Clinic Form                    Page Number

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

13. I had to let Medical Staff (Nince L. Zasorin Physician Specialist - 217102 and (Earl K. Landau MD Physician 05/710) know about my injuries (ordered by Policarpo F. Enriquez Physician - 431416) because I was afraid and concerned for my safety due to the threats that I had recieved from Deputy Navarro #525012.

14. Despite all the threats and injuries by Mr Navarro, I told all the other inmates from my housing unit C-pod 152, Two days Later, I wrote an Inmate Complaint form. addressed to the on duty SgT. These request forms have to be requested from the deputy's by the inmates to fill out and place in a metal box

15. Approximately on December 13th, 2010, I went to Court, Public Defender (Alternate) was told about my incident. Being an officer of the Court APD Sarah Ellenberg had a duty to protect me, Her and her office failed to do so.

Pro Se Clinic Form

8

Page Number

16. Mr Juan Navarro is the same deputy that was involved in a Christmas Party Altercation against his own co-workers. Based on an article dated December 10, 2010.

17. Recently this year 2014, Andre Birote Jr Announced an Indictment of 18 Los Angeles County Sherriff deputy's. 285 bad hires were reported. These officers were hired from Another Agency with bad records.

18. I believe that Jaun Navarro may have been a bad hire.

19. I was Also Taken To The roof of The Los Angeles County Jail and Left mcaged for many hours until I went to the bathroom all over myself. This was a Separate Unknown deputy. Thanksgiving Day 2010.

10. I had to let medical staff (Nina L. Zasorin physician specialist-217102) and (Earl K. Landau MD Physician 051710) know about my injuries (ordered by Policarpo F. Enriquez Physician-431416) because I was afraid and concerned for my safety due to the threats that I had recieved from Deputy Juan Navarro #525092

11. Despite all the threats and injuries by Mr. Navarro, I told all the other inmates in my housing unit C-pod 152, Two days later, I wrote an inmate complaint form addressed to the on duty Sgt. These request forms have to be requested from the deputy's by the inmates to fill them out and place them in a metal box

12. Approximately on December 13th, 2010 I went to Court, Public Defender Sarah Ellenberg was told about my incident at the County Jail. Being an officer of the Court Alternate Public Defender Sarah Ellenberg failed to protect me from harm as she had a duty to do so.

## V. CLAIMS

### Claim #1

13. Plaintiff realleges and incorporates by reference all of the paragraphs above.

14. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

8th Amendment
14th Amendment

15. The above civil right was violated by the following Defendants:

Juan Navarro Badge# 525092

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

16. Officer Jean Navarro used excessive force. He Also Locked me in my room for 3 days.

17. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

I am a ~~Psty~~ Schizoprenic and Now I hear him Shouting every day. I Also have Multiple Herniated Disks.

11
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# Claim #( )

(insert Claim#)

18. Plaintiff realleges and incorporates by reference all of the paragraphs above.

(List any other legal claim you have that is related to your civil rights claim.)

19. Failure to protect from harm.

20. Plaintiff alleges the above claim against the following Defendant(s):

Sarah Ellenberg
Alternate Public Defender

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

21. Ms Ellenberg had a duty to protect me from harm.

22. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Subjected to further abuse.

12
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

23. Compensatory Damages according to proof

24. Punitive Damages

25. Any other relief the court deems proper under the circumstances.

Dated: November 26th, 2014
Sign: Jason Kirby
Print Name: Jason Kirby

13
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: November 26th, 2014
Sign: Jason Kirby
Print Name: Jason Kirby

Civil Rights Complaint Pursuant to U.S.C. § 1983

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

Jason Kirby

**DEFENDANTS** (Check box if you are representing yourself ☐)

Juan Navarro
Sarah Elzenberg

**(b) County of Residence of First Listed Plaintiff** Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

1983 - Excessive force/Failure to Protect   STATUTE USCS 28 1658

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV14-09161

CV-71 (06/14)    CIVIL COVER SHEET    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? ☐ Yes ☑ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br><br>☐ Yes ☐ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question B.2. |
|---|---|---|
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br><br>☑ Yes ☐ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☑ NO. Continue to Question C.2. |
|---|---|---|
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☑ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☑ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☑ |

| **D.1.** Is there at least one answer in Column A?<br>☑ Yes ☑ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | **D.2.** Is there at least one answer in Column B?<br>☑ Yes ☑ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Western Division |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☑ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?   ☒ NO   ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed in this court?   ☐ NO   ☒ YES

If yes, list case number(s): Rosas VS Baca

Civil cases are related when they:

☒ A. Arise from the same or closely related transactions, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Jason___   DATE: 11-26-2014

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |