1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| JASON KIRBY,<br><br>                Plaintiff<br><br>        v.<br><br>JUAN NAVARRO,<br><br>                Defendant. | Case No. CV 14-9161-PSG (GJS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

18
19
20
21
22
23
24

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, the motion to dismiss filed by Defendant Juan Navarro [Dkt. No. 22] ("Motion"), and the Report and Recommendation of United States Magistrate Judge ("Report").  The time for filing Objections to the Report has passed, and no Objections have been filed by either party.

25
26
27
28

    The Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that:  the Motion is GRANTED insofar as the Court STRIKES the reference to the Eighth Amendment in Claim 1 alleged in the Complaint; the Motion is DENIED, without prejudice, with respect to statute of

limitations issue raised in the Motion; and Defendant Navarro shall file and serve his Answer to the Complaint within twenty-one (21) days of this Order.

DATED:  September 2, 2015.      _____

                              PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE

2